422 A.2d 700

Commonwealth v. Williams, Appellant.

Submitted April 12, 1979.  H. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

Aug. 30, 1979.

422 A.2d 701

Commonwealth v. Huffnagle, Appellant.

Argued March 12, 1979.  Alan Ellis, for appellant;  Richard Mohler, District Attorney, for appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.